# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

December 8, 2010

Lyle W. Cayce
Clerk

No. 08-50875
Conference Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

WILLIE E. PHILLIPS, also known as Big Willie,

Defendant-Appellant

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:02-CR-395-1

Before KING, BENAVIDES, and PRADO, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender appointed to represent Willie E. Phillips has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967).  Phillips has filed a response, requesting the appointment of counsel.  Our independent review of the record, counsel's brief, and Phillips's response discloses no nonfrivolous issue for appeal.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 08-50875

further responsibilities herein, Phillips's motion to appoint counsel is DENIED, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.